

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2014

No. 04-14-00700-CR

Omar **ADAME-MOLINA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 2573
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

The clerk's record was filed on October 9, 2014, but did not contain a signed order from the trial court. After a request from this court that the trial judge sign an order, a supplemental clerk's record containing a signed order was filed on October 16, 2014. However, the trial court has not signed a Certification of Defendant's Right to Appeal. Texas Rule of Appellate Procedure 25.2 requires the trial judge to "enter a certification of the defendant's right of appeal each time it enters a judgment of guilt or other appealable order." TEX. R. APP. P. 25.2(a)(2). This court has requested such a certification, but none has been filed.

Accordingly, the trial court is hereby ORDERED to "enter a certification of the defendant's right of appeal" and cause to be filed in this court a supplemental clerk's record containing the certification <u>no later than October 29, 2014</u>.

It is so **ORDERED** on the 22nd day of October, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court